UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mark Heath</u>

   v.                                                                Case No. 23-cv-276-JL-AJ

<u>NH State Prison for Men, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 2, 2025, but the motion is denied without prejudice, and the exhaustion issue may be revisited by the respondent.

_____
Joseph N. Laplante
United States District Judge

Date: September 30, 2025

cc: Mark Heath, pro se
     Elizabeth C. Woodcock, Esq.