UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mark Heath

v.                                    Case No. 23-cv-276-JL-AJ

NH State Prison for Men, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 20, 2026.  Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

_____
Joseph N. Laplante
United States District Judge

Date: March 31, 2026

cc:  Mark Heath, pro se
     Counsel of Record